OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

4/22/2015

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 00.265
0004279596 APR 30 2015
MAILED FROM ZIP CODE 78701

RIVERA, DOUGLAS WILMER Tr. Ct. No. 10-08891-A     WR-82,969-05
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

DOUGLAS WILMER RIVERA
JEFFERSON COUNTY CORRECTIONAL FACILITY
TDC # 1760730
P. O. BOX 26007                              U TF
BEAUMONT, TX 77720

N3B 77720